UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60454-CIV-ZLOCH

LISETTE MOORE,

Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.
_______________________________/

THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 19), filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation For Dismissal With Prejudice (DE 19), filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of January, 2017.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel and Parties of Record